UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
EARNEST LEE STEVENSON vs.
BONDEX INTERNATIONAL, INC., ET AL

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 1 3 2006
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EARNEST LEE STEVENSON                                       PLAINTIFF

VS.                                    CIVIL ACTION NO.: 1:06CV164WJG

BONDEX INTERNATIONAL , INC. ET AL                          DEFENDANTS

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause, having come on to be heard on the motion *ore tenus* of the Plaintiff and these Certain Defendants, identified on Exhibit "A", for the dismissal of claims against these Certain Defendants without prejudice. The Court, having considered said motion and being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint, all amendments thereto, and all claims and causes of action encompassed by the Complaint, and amendments thereto, including all claims or causes of action which were, or might have been, asserted by this Plaintiff against these Certain Defendants, identified on Exhibit "A", shall be and are hereby dismissed without prejudice, with each party to bear their own costs of Court.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with

regard to the claims of the Plaintiff against only these Certain Defendants identified on Exhibit "A",

and does not affect the rights of any other party to this action.

SO ORDERED, this the ___20th___ day of ___September___, 2006.

_James T. Giles_

U. S. DISTRICT COURT JUDGE

**James T. Giles**

AGREED TO AND APPROVED BY:

_Michael Weber_

Michael Weber, Esq.
LEBLANC & WADDELL, LLP


**ATTORNEY FOR PLAINTIFF**

_Simine Reed_

Jessica B. DeGroote, Esq.
Simine B. Reed, Esq.
Forman Perry Watkins Krutz & Tardy LLP

**ATTORNEYS FOR CERTAIN
DEFENDANTS**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

This Document Relates To:
EARNEST LEE STEVENSON vs.
BONDEX INTERNATIONAL, INC., ET AL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EARNEST LEE STEVENSON                                        PLAINTIFF

VS.                                        CIVIL ACTION NO.: 1:06CV164WJG

BONDEX INTERNATIONAL, INC., ET AL             DEFENDANTS

---

EXHIBIT "A"

---

These Certain Defendants are hereby dismissed by this Order as follows:

1.   Abex Corporation, Individually and as Successor in Interest to: American Brake Shoe Company, Kellogg-American Compressors Co., American Manganese Steel Division, American Brake Shoe Company
2.   Accurate Felt & Gasket Co.
3.   Amchem Products, Inc.
4.   Ametek, Inc.
5.   A. R. Wilfley & Sons, Inc.
6.   AstenJohnson, Inc., Individually and as Successor in Interest to Asten, Inc., and Asten Group, Inc.
7.   Aurora Pump Co.
8.   Babbitt Steam Specialty Company
9.   BOC Group, Inc.
10.  Branton Insulations, Inc.
11.  Clemco Industries, Inc.
12.  Crossfield Products Corporation
13.  CertainTeed Corporation
14.  DeZurik, Inc.
15.  Dover Corporation

16.   Eastern Safety Equipment Company
17.   Fisher Tank Co.
18.   Foseco
19.   General Electric Company
20.   The Gorman-Rupp Company
21.   Hobart Brothers
22.   Illinois Tool Works, Inc.
23.   Ingersoll-Rand Company
24.   Jamestown Metal Marine Sales, Inc.
25.   Kamco Supply Company
26.   Komp Equipment Company, Inc.
27.   Laurel Machine and Foundry Company
28.   Magnetrol International Incorporated
29.   Moldex Metric, Inc.
30.   Marine Specialty Company, Inc.
31.   McMaster-Carr Supply Co.
32.   NIBCO, Inc., a/k/a Northern Indiana Brass Co.
33.   National Service Industries, Inc.
34.   Owens-Illinois, Inc. d/b/a O-I
35.   Pangborn Corporation
36.   Parker-Hannifin Corp.
37.   Pecora Corporation
38.   Phoenix Specialty Mfg. Co., Inc.
39.   Pneumo Abex Corporation
40.   Ransburg Corp., formerly DeVilbiss Industries Products Corp., Successor to DeVilbiss Company
41.   SPX Corporation
42.   Terex Corporation
43.   United Gilsonite Laboratories, Inc.
44.   United Industrial Corporation, Individually and on behalf of and as successor in interest to Detroit Stoker Company and American Engineering Co.
45.   Vellumoid, Inc.
46.   Velan Valve Corporation
47.   Warren Pumps, Inc., Individually and as Successor in Interest to: William E. Quimby, Inc. and Quimby Pump Co. and as Successor in Interest to: William E. Quimby, Inc. and Quimby Pump Co.
48.   Yuba Heat Transfer Company
49.   Zurn Industries, Inc.